B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    Gulfstream International Airlines, Inc.          Case No. _____

                                                                    Debtor(s)          Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Raytheon Aircraft Credit Corp.<br>101 South Webb Road<br>Suite 300<br>Wichita, KS 67207 | Frank Keane<br>Raytheon Aircraft Credit Corp.<br>101 South Webb Road<br>Suite 300<br>Wichita, KS 67207<br>316 676-0639 | Aircraft Lease Restructure | | 2,998,062.01 |
| Pratt & Whitney Engine Services, Inc.<br>P.O. Box 360727<br>Pittsburgh, PA 15251-6727 | Thomas Rhine<br>Pratt & Whitney Engine Services, Inc.<br>P.O. Box 360727<br>Pittsburgh, PA 15251-6727<br>304 842-1352 | Maintenance service | Contingent | 2,028,005.75 |
| Continental Airlines, Inc.<br>P.O. Box 0201970<br>Houston, TX 77216-1970 | Kim Repetowski<br>Continental Airlines, Inc.<br>P.O. Box 0201970<br>Houston, TX 77216-1970<br>713 324-3004 | Fuel supply services | Contingent | 1,068,904.00 |
| Federal Aviation Administration<br>Accounting Operations Division, ABA-215<br>800 Independence Avenue, SW<br>Washington, DC 20591 | Tom Brown or Pamela Pak<br>Federal Aviation Administration<br>Accounting Operations Division, ABA-215<br>Washington, DC 20591<br>202 267-9598/571 227-2323 | Government contract | | 1,060,603.73 |
| Bahamas Out Island Promotion Board<br>Notels Center<br>Cable Beach, Bahamas | Stephen Kappeler<br>Bahamas Out Island Promotion Board<br>Notels Center<br>Cable Beach, Bahamas<br>242-322-8381 | Route Development Support Funds | | 500,000.00 |
| Pratt & Whitney Canada Corp.<br>P.O. Box 730011<br>Dallas, TX 75373 | Billes Vivier<br>Pratt & Whitney Canada Corp.<br>P.O. Box 730011<br>Dallas, TX 75373<br>450 647-2813 | Maintenance service | Contingent | 404,328.47 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Gulfstream International Airlines, Inc.**                                                     Case No. _____

                                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| World Fuel Services of Florida<br>9800 NW 41st Street<br>Suite 400<br>Miami, FL 33178 | Ethian Garcia/Rey Portal<br>World Fuel Services of Florida<br>9800 NW 41st Street<br>Suite 400<br>Miami, FL 33178<br>305 428-8052 | Fuel supply | Contingent | 352,250.00 |
| Cigna<br>CGLIC-Chattanooga EASC<br>5089 Collection Center Drive<br>Chicago, IL 60693-0050 | Jennifer Greenberg<br>Cigna<br>CGLIC-Chattanooga<br>5089 Collection Center Drive<br>Chicago, IL 60693-0050<br>954 514-6896 | Healthcare Insurance | Contingent | 316,788.52 |
| Cavok<br>P.O. Box 3800-28<br>Boston, MA | Peter Feldman<br>Cavok<br>P.O. Box 3800<br>Boston, MA<br>817 380-2816 | Services | | 298,463.90 |
| Pioneer Credit Recovery<br>P.O. Box 70956<br>Charlotte, NC 28272-0956 | Lori Martin<br>Pioneer Credit Recovery<br>P.O. Box 70956<br>Charlotte, NC 28272-0956<br>888 261-7783 | Past due TSA | | 275,452.41 |
| Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113 | Andrew B. Steinberg<br>Jones Day<br>51 Louisiana Avenue<br>Washington, DC 20001-2113<br>202 879-3939 | Legal services | | 217,041.44 |
| Miami Dade Aviation Department<br>Miami International Airport<br>P.O. Box 526624<br>Miami, FL 33152-6624 | Pamela Lafrance<br>Miami Dade Aviation Department<br>Miami International Airport<br>P.O. Box 526624<br>Miami, FL 33152-6624<br>305 876-8074 | Services | Contingent | 200,144.51 |
| Bahamas Immigration FPO<br>c/o Public Treasury<br>Freeport, Grand Bahamas | Dorothy Rolle<br>Bahamas Immigration FPO<br>c/o Public Treasury<br>Freeport, Grand Bahamas<br>242 352-9338 | Services | Contingent | 199,863.63 |
| Bryan Cave LLP<br>P.O. Box 503089<br>Saint Louis, MO 63150-3089 | Donald Figliulo<br>Bryan Cave LLP<br>P.O. Box 503089<br>Saint Louis, MO 63150-3089<br>312 602-5000 | Legal services | | 178,747.88 |
| Broward County Aviation Dept.<br>100 Aviation Blvd.<br>Fort Lauderdale, FL 33315 | Aida Smith<br>Broward County Aviation Dept.<br>100 Aviation Blvd.<br>Fort Lauderdale, FL 33315<br>954 359-1055 | Services/Rent | Contingent | 178,716.07 |

B4 (Official Form 4) (12/07) - Cont.
In re   Gulfstream International Airlines, Inc.                              Case No. _____
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aircraft Service International, Inc. P.O. Box 2278 Carol Stream, IL 60132-2278 | Yvonne Hall Aircraft Service International, Inc. P.O. Box 2278 Carol Stream, IL 60132-2278 407 206-8479 | Into-Plane Services | Contingent | 178,546.98 |
| Mesa Air Group, Inc. Attn.: James Bazan 410 N. 44th Street Suite 700 Phoenix, AZ 85008 | Jennifer Efflandt Mesa Air Group, Inc. 410 N. 44th Street Suite 700 Phoenix, AZ 85008 602 685-4395 | Restructured debt | | 177,486.62 |
| Atlantic Turbines Summerside PE C1N 4P6 Canada | Roxanne Delaney Atlantic Turbines Summerside PE C1N 4P6 Canada 902 888-4749 | Restructured debt | | 162,802.46 |
| American Express P.O. Box 360001 Fort Lauderdale, FL 33336 | American Express P.O. Box 360001 Fort Lauderdale, FL 33336 888 800-8564 | Credit card services | | 160,000.00 |
| County of Monroe Airport Directors Office 3491 S. Roosevelt Boulevard Key West, FL 33040 | April Pearson County of Monroe Airport Directors Office 3491 S. Roosevelt Boulevard Key West, FL 33040 305 809-5204 | Services/Rent | Contingent | 124,343.99 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer and President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    11/4/10              Signature  _____
                                        David F. Hackett
                                        Chief Executive Officer and President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.