

**ORDERED in the Southern District of Florida on November 04, 2010.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| GULFSTREAM INTERNATIONAL GROUP, INC., | Case No. 10-44131-BKC-JKO |
| GULFSTREAM INTERNATIONAL AIRLINES, INC., | Case No. 10-44133-BKC |
| GULFSTREAM TRAINING ACADEMY, INC., | Case No. 10-44134-BKC |
| GULFSTREAM CONNECTION, INC., | Case No. 10-44137-BKC |
| GIA HOLDINGS CORP., INC., | Case No. 10-44139-BKC |
| Debtors. _____/ | |

**ORDER GRANTING DEBTORS' *EX PARTE* MOTION FOR JOINT ADMINISTRATION**

**THIS MATTER** came before the Court upon the *Debtors' Ex Parte Motion for Joint Administration* (the "Motion") filed by Debtors Gulfstream International Group, Inc., Gulfstream International Airlines, Inc., Gulfstream Training Academy, Inc., GIA Holdings Corp., Inc. and Gulfstream Connection, Inc. (collectively, the "Debtors").[1]  The Motion requests entry of an

---

[1] The address of each of the Debtors is 3201 Griffin Road, 4th Floor, Fort Lauderdale, FL 33312; and the last four digits of the taxpayer identification number of each of the Debtors follows in parenthesis:  (i) Gulfstream International Group, Inc. (3956); (ii) Gulfstream International Airlines, Inc. (1720); (iii) Gulfstream Training Academy, Inc. (5843); (iv) GIA Holdings Corp., Inc. (9548); and (v) Gulfstream Connection, Inc. (1208).

2619219-1

order authorizing the joint administration of the bankruptcy cases of the Debtors. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) pursuant to Local Rules 1015-1(B)(2) and 9013-1(C)(14), the Court is authorized to grant the Motion without a hearing; (v) upon the record herein after good and sufficient cause existing for the granting of the relief as set forth herein; it is

      **ORDERED** that:

      1.      The Motion is **GRANTED**.

      2.      The above-captioned bankruptcy cases are jointly administered for procedural purposes only under Case No. 10-44131-BKC-JKO.

      3.      The style of these jointly administered cases shall be in the style set forth below:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| GULFSTREAM INTERNATIONAL GROUP, INC., *et al.*, | Case No. 10-44131-BKC-JKO (Jointly Administered) |
|       Debtors._____/ | |

      4.      Hearings in these jointly administered cases shall be joint hearings unless otherwise specified.

      5.      One consolidated docket and one consolidated service list shall be maintained by the Debtors and kept by the Clerk, with separate claims registers for each of the Debtors' cases.

6. Parties may request joint hearings on matters pending in any of the jointly administered cases.

7. A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing joint administration of the following entities for procedural purposes only: (i) Gulfstream International Group, Inc. (3956); (ii) Gulfstream International Airlines, Inc. (1720); (iii) Gulfstream Training Academy, Inc. (5843); (iv) GIA Holdings Corp., Inc. (9548); and (v) Gulfstream Connection, Inc. (1208). The docket of Gulfstream International Group, Inc. (Case No. 10-44131-BKC-JKO) should be consulted for all matters affecting this case.

8. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

Submitted by:
Brian K. Gart, Esq.
Douglas A. Bates, Esq.
BERGER SINGERMAN, P.A.
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL  33301
Tel. (954) 525-9500
Fax (954) 523-2782
bgart@bergersingerman.com
dbates@bergersingerman.com

Copies to:
Brian K. Gart, Esq.
*(Attorney Gart shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)*